**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| Minnesota Voters Alliance, G & J Real Estate, Well Maintained Apartments, Garfield Court Partnership, LLP;  Marissa Skaja, and Charles Halverson,<br><br>                Plaintiffs,<br><br>vs.<br><br>The City of Saint Paul, Minnesota, a Minnesota municipality, and the City of Minneapolis, a Minnesota municipality,<br><br>                Defendants. | Case No.: 19-CV-358 WMW-HB<br><br><br>**MOTION FOR ATTORNEY FEES AND NONTAXABLE EXPENSES UNDER RULE 54 (d)(2) and LOCAL RULE 54.3** |

      As prevailing parties, the Plaintiffs Minnesota Voters Alliance, G & J Real Estate, Well Maintained Apartments, Garfield Court Partnership, LLP; Marissa Skaja, and Charles Halverson ("Plaintiffs") request this Court to issue an order awarding Plaintiffs their reasonable attorney fees and nontaxable expenses under Rule 54(d)(2) of the Federal Rules of Civil Procedure. On March 2, 2020, this Court issued an order granting Plaintiffs' summary judgment motion on the claims in Plaintiffs' Complaint. Dckt. No. 39.  On March 3, 2020, this Court entered judgment in Plaintiffs' favor based on the March 2, 2020 Order.  Dckt. No. 40.

      Under Rule 54 (d)(2), Plaintiffs must file their motion for attorney fees (i) within 14 days after entry of judgment, (ii) specify the judgment and the statute, rule, or other grounds entitling the Plaintiffs to the award and (iii) provide either the amount or a fair estimate of the amount of attorney fees Plaintiffs will seek in the motion.  First, the

judgment upon which Plaintiffs are entitled to reasonable attorney fees and non-taxable expenses is the judgment entered on March 3, 2020.  Therefore, because Plaintiffs' filed this motion on March 16, 2020, Plaintiffs' motion is timely.  Second, the statute, rule, or other grounds entitling the Plaintiffs to the award of attorney fees and non-taxable expenses is 42 U.S.C. §1988 because the Court entered judgment in favor of Plaintiffs on their claim under 42 U.S.C. §1983.  Finally, Plaintiffs provide that $190,000 is a fair estimate of the amount of reasonable attorney fees and non-taxable expenses Plaintiffs seek in this motion (excluding reasonable attorney fees and non-taxable expenses incurred in preparing the attorney fee motion).

Pursuant to Local Rule 54.3, Plaintiffs will contact the Court to obtain a briefing schedule on this motion.  Plaintiffs' motion for attorney fees and nontaxable expenses will be supported by Plaintiffs' memorandum of law, declarations and exhibits (as necessary) in accordance with the briefing schedule set by the Court.

Dated:  March 16, 2020.

*s/William F. Mohrman*
William F. Mohrman, 168816
Erick G. Kaardal, 229647
Mohrman, Kaardal & Erickson, P.A.
150 South Fifth Street, Suite 3100
Minneapolis, Minnesota 55402
Telephone: 612-341-1074
Facsimile: 612-341-1076
Email: mohrman@mklaw.com
Email: kaardal@mklaw.com
*Attorneys for Plaintiffs*