# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Voters Alliance, G & J Real Estate, Well Maintained Apartments, Garfield Court Partnership, LLP; Marissa Skaja, and Charles Halverson,<br><br>      Plaintiffs,<br><br>vs.<br><br>The City of Saint Paul, Minnesota, a Minnesota municipality, and the City of Minneapolis, a Minnesota municipality,<br><br>      Defendants. | Case No.: 19-CV-358 WMW-HB<br><br>**AMENDED MOTION FOR ATTORNEY FEES AND EXPENSES UNDER RULE 54 (d)(2) and LOCAL RULE 54.3** |

  As prevailing parties, the Plaintiffs Minnesota Voters Alliance, G & J Real Estate, Well Maintained Apartments, Garfield Court Partnership, LLP; Marissa Skaja, and Charles Halverson ("Plaintiffs") request this Court to issue an order awarding Plaintiffs their reasonable attorney fees and nontaxable expenses under Rule 54(d)(2) of the Federal Rules of Civil Procedure. On March 2, 2020, this Court issued an order granting Plaintiffs' summary judgment motion on the claims in Plaintiffs' Complaint. [ECF No. 39]  On March 3, 2020, this Court entered judgment in Plaintiffs' favor based on the March 2, 2020 Order.  [ECF No. 40]

  Under Rule 54 (d)(2), Plaintiffs filed their motion for attorney fees on March 16, 2020.  [ECF No. 41]  Based on the parties' stipulation [ECF No. 43], Plaintiffs were required to file papers supporting their motion for attorney fees no later than May 18, 2020.  The Court entered the stipulation as an Order [ECF No. 45].  On May 18, 2020,

Plaintiffs filed a memorandum of law, the declaration of William F. Mohrman and the declaration of Daniel Biersdorf supporting the motion. As set forth in those documents, Plaintiffs are seeking (i) $195,955.50 in attorney fees and $793.16 in expenses for a sub total of $196,748.66 for work on the litigation from the beginning of the representation to the Court's judgment and (ii) $12,972.00 in attorney fees and $39.30 in pacer charges for filing this motion for a sub total of $13,011.30. Thus, the total amount Plaintiffs seek in this motion for attorney fee and expenses is ***$209,759.96.***

This motion is brought pursuant to 42 U.S.C. §1988, Rule 54 and Local Rule 54.3

Dated: May 18, 2020.                    *s/William F. Mohrman*
                                        William F. Mohrman, 168816
                                        Erick G. Kaardal, 229647
                                        Mohrman, Kaardal & Erickson, P.A.
                                        150 South Fifth Street, Suite 3100
                                        Minneapolis, Minnesota 55402
                                        Telephone: 612-341-1074
                                        Facsimile: 612-341-1076
                                        Email: mohrman@mklaw.com
                                        Email: kaardal@mklaw.com
                                        *Attorneys for Plaintiffs*