# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Voters Alliance, G & J Real Estate, Well Maintained Apartments, Garfield Court Partnership, LLP; Marissa Skaja, and Charles Halverson,<br><br>          Plaintiffs,<br><br>vs.<br><br>The City of Saint Paul, Minnesota, a Minnesota municipality, and the City of Minneapolis, a Minnesota municipality,<br><br>          Defendants. | Case No.: 19-CV-358 WMW-HB<br><br>**PLAINTIFFS' CERTIFICATE OF COMPLIANCE** |

I, William F. Mohrman certify that Plaintiffs' Memorandum in Support of the Their Motion for Attorney Fees and Expenses complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 3,733 words.

Dated: May 18, 2020.

*/s/William F. Mohrman*
William F. Mohrman 168816
Erick G. Kaardal 229647
Mohrman, Kaardal & Erickson, P.A.
150 South Fifth Street, Suite 3100
Minneapolis, Minnesota 55402
Telephone: 612-341-1074
Facsimile: 612-341-1076
Email: mohrman@mklaw.com