# Mohrman, Kaardal & Erickson, P.A.

150 South 5th Street
Suite 3100
Minneapolis, MN 55402
612-341-1074

Fed. Tax ID No. 41-1903593

---

May 11, 2020

**In Reference To:**
**Minnesota Voters Alliance, et al v. City of Minneapolis, et al.**

Professional Services:

| Date | Description | Hrs/Rate | Init. | Amount |
|---|---|---|---|---|
| 10/1/2018 | Confer with Andy Cilek; | 0.30 225.00/hr | JEG | 67.50 |
| | Review of email; oultined comments of issue; preparation for conference call; legal research. | 0.80 225.00/hr | JEG | 180.00 |
| | Conference call with Mike Franey and Andy Cilek; review of facts and issues; | 1.40 225.00/hr | JEG | 315.00 |
| | Conferred with EK re: representation. | 0.50 225.00/hr | JEG | 112.50 |
| | Review ordinances and materials in preparing for conference call with Andy Cilek re: new case involving landlords. | 2.10 550.00/hr | EGK | 1,155.00 |
| | Confer with JEG regarding new case involving landlord tenant law and first amendment; | 0.50 550.00/hr | EGK | 275.00 |
| | Confer with Mr. Andy Cilek regarding case against Minneapolis and St. Paul. | 0.60 550.00/hr | EGK | 330.00 |
| 10/2/2018 | Conference call with Andy Cilek, MVA re: new case. | 0.50 550.00/hr | EGK | 275.00 |
| 10/4/2018 | Conference call with Andy Cilek and Mike Franey regarding factual issues and legal issues. | 0.50 225.00/hr | JEG | 112.50 |

**EXHIBIT 1 TO MOHRMAN DECLARATION**

Minnesota Voters Alliance                                                                 Page    2

| Date | Description | Hrs/Rate | Init. | Amount |
|---|---|---|---|---|
| 10/4/2018 | Conference call with Andy Cilek, Mike Franey and JEG. | 0.50 550.00/hr | EGK | 275.00 |
| 10/9/2018 | Legal research regarding landlord first amendment issues, free speech, and government speech. | 1.80 225.00/hr | JEG | 405.00 |
| | Conduct First Amendment case law research on landlord tenant case; | 2.80 550.00/hr | EGK | 1,540.00 |
| | Confer with Andy Cilek, MVA re: new landlord case. | 0.40 550.00/hr | EGK | 220.00 |
| 10/17/2018 | Legal research on First Amendment issues and application to facts for claim. | 1.80 225.00/hr | JEG | 405.00 |
| | Legal Research re: first amendment compelled speech issues. | 3.30 225.00/hr | JEG | 742.50 |
| | Confer with EK and WM regarding first amendment claims; | 0.50 225.00/hr | JEG | 112.50 |
| | Confer with JEG and WM regarding landlord case; | 0.50 550.00/hr | EGK | 275.00 |
| | Confer with EGK and JEG regarding compelled speech case against Minneapolis and STP; | 0.50 600.00/hr | WFM | 300.00 |
| 10/25/2018 | Conference with Andy Cilek re: landlord-tenant issue. | 0.30 225.00/hr | JEG | 67.50 |
| | Confer with EK and WM regarding first amendment claims; | 0.40 230.00/hr | JEG | 92.00 |
| | Conference with JEG and WFM re: new First Amendment case against Twin Cities. | 0.40 550.00/hr | EGK | 220.00 |
| | Legal research on First Amendment implications of ordinances' application to landlords. | 2.90 550.00/hr | EGK | 1,595.00 |

EXHIBIT 1 TO MOHRMAN DECLARATION

Minnesota Voters Alliance                                                                 Page    3

| Date | Description | Hrs/Rate | Init. | Amount |
|---|---|---|---|---|
| 10/25/2018 | Legal research on First Amendment's applicability to St. Paul/Minneapolis ordinances applying to landlords involving voting information. | 3.20 550.00/hr | EGK | 1,760.00 |
| | Confer with EK and JEG regarding compelled speech case; | 0.40 600.00/hr | WFM | 240.00 |
| 10/27/2018 | Conference with Andy Cilek (MVA) regarding First Amendment case against Minneapolis/St. Paul and other potential landlords who would join suit. | 0.80 550.00/hr | EGK | 440.00 |
| 11/30/2018 | Conference with client Andy Cilek re: landlord case - confer regarding other landlords in Minneapolis and St. Paul who may participate. | 0.90 550.00/hr | EGK | 495.00 |
| 12/1/2018 | Review Minneapolis and St. Paul ordinance re: First Amendment issues and case law research. | 2.40 550.00/hr | EGK | 1,320.00 |
| 12/4/2018 | Confer with EGK regarding first amendment claims; | 0.50 230.00/hr | JEG | 115.00 |
| | Conference with JEG re: litigation. | 0.50 550.00/hr | EGK | 275.00 |
| | Prepare draft of factual material for complaint. | 3.60 550.00/hr | EGK | 1,980.00 |
| | Legal research on First Amendment/landlord issues in compelled speech case; analogize from other cases. | 4.20 550.00/hr | EGK | 2,310.00 |
| 12/5/2018 | Draft legal claims section of complaint. | 2.10 550.00/hr | EGK | 1,155.00 |
| | Conduct legal research on landlords and first amendment, compelled speech. | 2.60 550.00/hr | EGK | 1,430.00 |
| 12/6/2018 | Draft legal claims and remedies section of complaint; | 0.60 550.00/hr | EGK | 330.00 |

EXHIBIT 1 TO MOHRMAN DECLARATION

| Date | Description | Hrs/Rate | Init. | Amount |
|---|---|---|---|---|
| 12/6/2018 | Legal research on Iqbal as applied to landlord case; | 1.70 550.00/hr | EGK | 935.00 |
| | Conduct legal research regarding compelled speech and government speech issues; | 3.20 550.00/hr | EGK | 1,760.00 |
| 12/7/2018 | Legal research re: first amendment/compelled speech; analyze commercial cases; | 2.80 550.00/hr | EGK | 1,540.00 |
| | Conference with Andy Cilek (MVA) and landlords re: Minneapolis and St. Paul landlord involvement in lawsuit as plaintiffs. | 1.10 550.00/hr | EGK | 605.00 |
| 12/10/2018 | Confer with WFM re: landlord first amendment claims. | 0.40 550.00/hr | EGK | 220.00 |
| | Conduct legal research re: landlord first amendment claims. | 4.80 550.00/hr | EGK | 2,640.00 |
| | Confer with EGK re: compelled speech case. | 0.40 600.00/hr | WFM | 240.00 |
| 12/12/2018 | Review and revise complaint based on research; | 2.10 550.00/hr | EGK | 1,155.00 |
| | Conduct legal research on compelled speech and standing issues; | 2.30 550.00/hr | EGK | 1,265.00 |
| 12/13/2018 | Review and revise Complaint; | 2.30 550.00/hr | EGK | 1,265.00 |
| | Communicate with Minneapolis landlords, St. Paul landlords and Andy Cilek (MVA) re: litigaiton. | 0.30 550.00/hr | EGK | 165.00 |
| 12/14/2018 | Draft and revise complaint. | 2.90 550.00/hr | EGK | 1,595.00 |
| | Legal research regarding standing and possible Iqbal issues; | 5.30 550.00/hr | EGK | 2,915.00 |

EXHIBIT 1 TO MOHRMAN DECLARATION

Minnesota Voters Alliance                                                                 Page    5

| Date | Description | Hrs/Rate | Init. | Amount |
|---|---|---|---|---|
| 12/17/2018 | Draft and revise complaint. | 3.80 550.00/hr | EGK | 2,090.00 |
| | Conduct legal research regarding compelled speech; | 2.40 550.00/hr | EGK | 1,320.00 |
| 12/18/2018 | Draft and revise Complaint; | 3.80 550.00/hr | EGK | 2,090.00 |
| | Conduct legal research regarding compelled speech cases and search for rental cases. | 4.10 550.00/hr | EGK | 2,255.00 |
| 12/19/2018 | Confer with clients; | 0.40 550.00/hr | EGK | 220.00 |
| | Draft and revise Complaint; | 2.10 550.00/hr | EGK | 1,155.00 |
| | Conduct legal research on compelled speech and government speech issues; | 2.30 550.00/hr | EGK | 1,265.00 |
| 12/20/2018 | Legal research; review of council minutes; review of codes. | 2.30 230.00/hr | JEG | 529.00 |
| | Draft and revise complaint based on research. | 3.90 550.00/hr | EGK | 2,145.00 |
| | Conduct legal research regarding compelled speech and government speech and Iqbal issues; | 4.60 550.00/hr | EGK | 2,530.00 |
| | Confer with EGK re: complaint and further research; | 0.40 230.00/hr | JEG | 92.00 |
| | Confer with JEG re: research; | 0.40 550.00/hr | EGK | 220.00 |
| 1/8/2019 | Telephone call with Andy Cilek re: complaint; legal and factual issues. | 0.20 230.00/hr | JEG | 46.00 |

**EXHIBIT 1 TO MOHRMAN DECLARATION**

| Date | Description | Hrs/Rate | Init. | Amount |
|---|---|---|---|---|
| 1/29/2019 | Confer with EGK and WFM regarding draft complaint; | 0.60 230.00/hr | JEG | 138.00 |
|  | Confer with JEG and WFM regarding complaint; | 0.60 550.00/hr | EGK | 330.00 |
|  | Confer with JEG and EK regarding Complaint against landlords; | 0.60 600.00/hr | WFM | 360.00 |
|  | Review draft complaint; review legal research; | 1.30 600.00/hr | WFM | 780.00 |
| 1/30/2019 | Review and revise complaint based on legal research; | 5.30 230.00/hr | JEG | 1,219.00 |
| 2/1/2019 | Legal research re: free speech; landlord; review record, transcripts of council hearings for complaint; | 6.20 230.00/hr | JEG | 1,426.00 |
| 2/6/2019 | Review and revise complaint; | 4.30 230.00/hr | JEG | 989.00 |
|  | Legal research regarding first amendment issues; | 2.80 230.00/hr | JEG | 644.00 |
|  | Confer with JEG regarding complaint | 0.40 550.00/hr | EGK | 220.00 |
|  | Confer with EGK regarding further research and complaint | 0.40 550.00/hr | EGK | 220.00 |
| 2/7/2019 | Legal research; review of Saint Paul and Minneapolis city codes. | 3.30 230.00/hr | JEG | 759.00 |
|  | Review and revise complaint; | 2.10 230.00/hr | JEG | 483.00 |
| 2/8/2019 | Confer with WFM regarding revised complaint; | 0.50 550.00/hr | EGK | 275.00 |

EXHIBIT 1 TO MOHRMAN DECLARATION

| Date | Description | Hrs/Rate | Init. | Amount |
|---|---|---|---|---|
| 2/8/2019 | Review legal research on government speech issues and Iqbal issues; review 1983 issues; | 1.90 550.00/hr | EGK | 1,045.00 |
| | Revise Complaint; | 3.10 550.00/hr | EGK | 1,705.00 |
| | Confer with EGK regarding complaint and legal theories; | 0.50 600.00/hr | WFM | 300.00 |
| | Review revisions to the complaint; | 0.60 600.00/hr | WFM | 360.00 |
| 2/11/2019 | Review and revise complaint in preparation for filing; | 3.80 550.00/hr | EGK | 2,090.00 |
| 2/12/2019 | Prepare final draft of Complaint; | 4.30 230.00/hr | JEG | 989.00 |
| | Conference with EK regarding coordinating filing and service; | 0.30 230.00/hr | JEG | 69.00 |
| | Confer with JEG regarding filing; | 0.30 550.00/hr | EGK | 165.00 |
| | Review and revise Complaint; | 1.70 550.00/hr | EGK | 935.00 |
| | Conduct final legal research including review of Iqbal; | 3.60 230.00/hr | JEG | 828.00 |
| 2/13/2019 | Make final revisions to Complaint and prepare for filing; | 2.80 230.00/hr | JEG | 644.00 |
| | Review final revisions to Complaint and approve for filing; | 1.80 550.00/hr | EGK | 990.00 |
| 3/7/2019 | Work on stipulation regarding scheduling order; review and revise stipulation regarding scheduling order; | 0.80 550.00/hr | EGK | 440.00 |

EXHIBIT 1 TO MOHRMAN DECLARATION

Minnesota Voters Alliance                                                                 Page   8

| Date | Description | Hrs/Rate | Init. | Amount |
|---|---|---|---|---|
| 3/11/2019 | Conference regarding scheduling order; review order on scheduling; | 0.40 550.00/hr | EGK | 220.00 |
| 3/25/2019 | Conference call with Andy Cilek and Mike Franey; re discovery. | 2.20 230.00/hr | JEG | 506.00 |
|  | Confer with EGK regarding call with clients; | 0.30 230.00/hr | JEG | 69.00 |
|  | Confer with JG regarding conference call with Andy Cilek and clients; | 0.30 550.00/hr | EGK | 165.00 |
| 5/10/2019 | Confer with EGK regarding discovery requests; | 0.60 230.00/hr | JEG | 138.00 |
|  | Confer with JG regarding discovery letter; | 0.60 550.00/hr | EGK | 330.00 |
|  | Prepare discovery letters to Defendants; | 1.20 550.00/hr | EGK | 660.00 |
| 6/11/2019 | Review document production of St. Paul. | 1.80 550.00/hr | EGK | 990.00 |
| 7/7/2019 | Legal research on issues related to summary judgment; | 2.40 550.00/hr | EGK | 1,320.00 |
|  | Prepare summary judgment memorandum from Complaint; | 5.30 550.00/hr | EGK | 2,915.00 |
| 7/8/2019 | Conduct legal research for summary judgment memorandum. | 5.60 550.00/hr | EGK | 3,080.00 |
|  | Confer with WFM re: regarding summary judgment motion; | 0.30 550.00/hr | EGK | 165.00 |
|  | Review document production of City of Minneapolis. | 2.60 550.00/hr | EGK | 1,430.00 |

EXHIBIT 1 TO MOHRMAN DECLARATION

| Date | Description | Hrs/Rate | Init. | Amount |
|---|---|---|---|---|
| 7/8/2019 | Confer with EGK re: regarding legal arguments on summary judgment; | 0.30 600.00/hr | WFM | 180.00 |
| 7/10/2019 | Draft and revise summary judgment memorandum; | 5.30 550.00/hr | EGK | 2,915.00 |
| | Prepare supporting declarations for Plaintiff clients for summary judgment | 3.70 550.00/hr | EGK | 2,035.00 |
| 7/11/2019 | Draft and revise factual arguments on summary judgment memorandum; review documents and notes for fact section; | 5.70 550.00/hr | EGK | 3,135.00 |
| 7/12/2019 | Conduct legal research on First Amendment applicability to Minneapolis and St. Paul ordinances. | 4.70 550.00/hr | EGK | 2,585.00 |
| 7/13/2019 | Draft and revise factual section of summary judgment memorandum. | 3.90 550.00/hr | EGK | 2,145.00 |
| 7/15/2019 | Draft and revise legal arguments section of summary judgment memorandum. | 5.10 550.00/hr | EGK | 2,805.00 |
| 7/16/2019 | Conduct legal research for summary judgment motion re: First Amendment and city ordinances; legal research regarding Iqbal issues and standing. | 5.80 550.00/hr | EGK | 3,190.00 |
| 7/18/2019 | Conference with client MVA Andy Cilek re: City of Minnesota production and supplemental production of documents. | 0.60 550.00/hr | EGK | 330.00 |
| 7/22/2019 | Draft and revise summary judgment memorandum and declarations. | 5.50 550.00/hr | EGK | 3,025.00 |
| 7/23/2019 | Draft and revise summary judgment memorandum and supporting declarations. | 3.60 550.00/hr | EGK | 1,980.00 |
| | Legal research regarding compelled speech issues and analogous cases; | 3.20 550.00/hr | EGK | 1,760.00 |
| 7/24/2019 | Draft and revise summary judgment memorandum. | 3.10 550.00/hr | EGK | 1,705.00 |

EXHIBIT 1 TO MOHRMAN DECLARATION

| Date | Description | Hrs/Rate | Init. | Amount |
|---|---|---|---|---|
| 7/25/2019 | Legal research regarding issues on compelled speech; | 2.30 550.00/hr | EGK | 1,265.00 |
| | Revise summary judgment memorandum based on research; | 2.70 550.00/hr | EGK | 1,485.00 |
| 7/26/2019 | Draft and revise motion papers including notice of hearing and motion; research regarding local rules; | 4.70 550.00/hr | EGK | 2,585.00 |
| | Confer with EGK regarding SJ motion; | 0.50 230.00/hr | JEG | 115.00 |
| | Review revise memorandum on SJ; | 1.90 230.00/hr | JEG | 437.00 |
| | Legal research on strict scrutiny issues and compelled speech issues; | 4.60 230.00/hr | JEG | 1,058.00 |
| | Confer with JEG regarding summary judgment motion; | 0.50 550.00/hr | EGK | 275.00 |
| 7/29/2019 | Legal research on government speech issues; | 2.10 230.00/hr | JEG | 483.00 |
| | Confer with clients regarding declarations; | 2.30 230.00/hr | JEG | 529.00 |
| 7/30/2019 | Draft and revise summary judgment memorandum for unconstitutionality of St. Paul and Minneapolis ordinances. | 5.60 550.00/hr | EGK | 3,080.00 |
| | Confer with EGK regarding memorandum; | 0.90 230.00/hr | JEG | 207.00 |
| | Legal research on compelled speech cases and 1983 and strict scrutiny; | 3.70 230.00/hr | JEG | 851.00 |
| | Drafting and revising arguments on memorandum for summary judgment | 4.90 230.00/hr | JEG | 1,127.00 |

EXHIBIT 1 TO MOHRMAN DECLARATION

| Date | Description | Hrs/Rate | Init. | Amount |
|---|---|---|---|---|
| 7/30/2019 | Confer with JEG re: memorandum | 0.90 550.00/hr | EGK | 495.00 |
|  | Legal research on government speech issues; | 2.30 550.00/hr | EGK | 1,265.00 |
| 7/31/2019 | Draft and revise summary judgment memorandum . | 5.20 550.00/hr | EGK | 2,860.00 |
|  | Confer with EGK re: arguments in memorandum; | 0.60 230.00/hr | JEG | 138.00 |
|  | Legal research regarding 1983 and standing issues; compelled speech; | 4.60 230.00/hr | JEG | 1,058.00 |
|  | Revising of summary judgment motion; declarations. | 3.70 230.00/hr | JEG | 851.00 |
|  | confer with JEG regarding memorandum; | 0.60 550.00/hr | EGK | 330.00 |
|  | Legal research regarding government speech and compelled speech; | 2.50 550.00/hr | EGK | 1,375.00 |
| 8/1/2019 | Work on summary judgment motion and declarations. | 6.30 550.00/hr | EGK | 3,465.00 |
|  | Confer with EGK re: memorandum and delcarations; | 0.70 230.00/hr | JEG | 161.00 |
|  | Confer with clients regarding declarations; | 2.40 230.00/hr | JEG | 552.00 |
|  | Drafting and revising of declarations; | 3.20 230.00/hr | JEG | 736.00 |
|  | Revise sections of memorandum in support of summary judgment; | 3.90 230.00/hr | JEG | 897.00 |

**EXHIBIT 1 TO MOHRMAN DECLARATION**

| Date | Description | Hrs/Rate | Init. | Amount |
|---|---|---|---|---|
| 8/1/2019 | Confer with JEG regarding finalizing documents; | 0.70 550.00/hr | EGK | 385.00 |
|  | Confer with clients regarding facts in declarations; | 1.10 550.00/hr | EGK | 605.00 |
| 8/2/2019 | Prepare final documents for filing; supervise filing of documents; | 4.60 230.00/hr | JEG | 1,058.00 |
|  | Review final draft of memorandum; | 3.10 550.00/hr | EGK | 1,705.00 |
| 8/5/2019 | Prepare and file corrected declaration and amended notice of hearing; | 0.70 230.00/hr | JEG | 161.00 |
| 8/26/2019 | Review Defendants' memorandum and supporting documents; | 0.60 230.00/hr | JEG | 138.00 |
| 8/28/2019 | Outline and drafting of response to motion for summary judgment | 1.80 230.00/hr | JEG | 414.00 |
|  | Review of opposing memorandum and documents | 2.30 230.00/hr | JEG | 529.00 |
|  | Legal research regarding cases cited in Defendants' memorandum; | 3.50 230.00/hr | JEG | 805.00 |
| 8/31/2019 | Confer with WFM regarding responses and reply; | 0.70 550.00/hr | EGK | 385.00 |
|  | Review Defendants' Response Memorandum; | 2.60 550.00/hr | EGK | 1,430.00 |
|  | Confer with EGK regarding response memoranda; | 0.70 600.00/hr | WFM | 420.00 |
|  | Review response memoranda filed by the City of Minneapolis and City of St. Paul; | 2.10 600.00/hr | WFM | 1,260.00 |

EXHIBIT 1 TO MOHRMAN DECLARATION

| Date | Description | Hrs/Rate | Init. | Amount |
|---|---|---|---|---|
| 9/2/2019 | Legal research on cases cited by Defendants; | 5.30 550.00/hr | EGK | 2,915.00 |
| | Draft combined opposition to summary judgment and reply memorandum. | 5.20 550.00/hr | EGK | 2,860.00 |
| 9/3/2019 | Legal research on strict scrutiny issues and underinclusiveness; | 4.40 550.00/hr | EGK | 2,420.00 |
| | Draft and revise opposition to summary judgment motion and reply brief in support of summary judgment. | 4.20 550.00/hr | EGK | 2,310.00 |
| 9/4/2019 | Draft and revise opposition to summary judgment motion and reply brief in support of summary judgment. | 6.50 550.00/hr | EGK | 3,575.00 |
| | Confer with EGK regarding response and reply; | 0.50 230.00/hr | JEG | 115.00 |
| | Revise sections of response and reply; | 3.40 230.00/hr | JEG | 782.00 |
| | Legal research on government speech issues; | 6.20 230.00/hr | JEG | 1,426.00 |
| | Confer with JEG re: reply; | 0.50 550.00/hr | EGK | 275.00 |
| | Legal research regarding issues on government speech; | 2.10 550.00/hr | EGK | 1,155.00 |
| 9/5/2019 | Draft and revise opposition to summary judgment motion and reply brief in support of summary judgment. | 5.90 550.00/hr | EGK | 3,245.00 |
| | Confer with EGK regarding legal research and final drafting of memo; | 0.80 230.00/hr | JEG | 184.00 |
| | Draft legal arguments for response memorandum from research. | 3.40 230.00/hr | JEG | 782.00 |

EXHIBIT 1 TO MOHRMAN DECLARATION

Minnesota Voters Alliance                                                                                         Page    14

| Date | Description | Hrs/Rate | Init. | Amount |
|---|---|---|---|---|
| 9/5/2019 | Legal research on issues Defendants raised and case law; | 5.10 230.00/hr | JEG | 1,173.00 |
| | Confer with JEG regarding memo; | 0.80 550.00/hr | EGK | 440.00 |
| | Legal research on compelled speech and government speech; | 2.30 550.00/hr | EGK | 1,265.00 |
| 9/6/2019 | Draft and revise opposition to summary judgment motion and reply memorandum in support of summary judgment for filing; | 2.80 550.00/hr | EGK | 1,540.00 |
| | Confer with EGK regarding filing of memorandum and final draft of memornadum; | 0.60 230.00/hr | JEG | 138.00 |
| | Review and revise memorandum in opposition to motion for sj and reply memorandum; file same; | 6.70 230.00/hr | JEG | 1,541.00 |
| | Confer with JG re: filing and final revisions; | 0.60 550.00/hr | EGK | 330.00 |
| 9/25/2019 | Review Reply Memorandum; | 0.80 550.00/hr | EGK | 440.00 |
| 12/10/2019 | Attend moot court. | 3.10 550.00/hr | EGK | 1,705.00 |
| | Prepare for oral argument; | 3.20 550.00/hr | EGK | 1,760.00 |
| | Prepare for moot court. | 4.30 550.00/hr | EGK | 2,365.00 |
| 12/11/2019 | Confer with EGK regarding hearing on motion; | 1.70 575.00/hr | WFM | 977.50 |
| | Confer with WFM to prepare for hearing; | 1.70 575.00/hr | EGK | 977.50 |

**EXHIBIT 1 TO MOHRMAN DECLARATION**

| Date | Description | Hrs/Rate | Init. | Amount |
|---|---|---|---|---|
| 12/11/2019 | Review papers on motions; | 1.60 575.00/hr | WFM | 920.00 |
|  | Prepare for oral argument. | 6.70 550.00/hr | EGK | 3,685.00 |
| 12/12/2019 | Confer with EGK to prep for oral argument; | 1.10 575.00/hr | WFM | 632.50 |
|  | Confer with WFM regarding oral argument; | 1.10 350.00/hr | WFM | 385.00 |
|  | Attend and argue in St. Paul. | 2.10 550.00/hr | EGK | 1,155.00 |
|  | Prepare for oral argument in St. Paul. | 5.10 550.00/hr | EGK | 2,805.00 |
| 3/2/2020 | Review of favorable court order; conferred with EK. | 0.90 230.00/hr | JEG | 207.00 |
|  | Review U.S. District Court order and injunction. Conference with clients re: same. | 1.00 550.00/hr | EGK | 550.00 |
|  | Confer with WM regarding Order of the Court and judgment; | 0.30 550.00/hr | EGK | 165.00 |
|  | Confer with EGK regarding Order; | 0.30 600.00/hr | WFM | 180.00 |
|  | Review Court Order; | 0.40 600.00/hr | WFM | 240.00 |
|  | For professional services rendered |  | 434.20 | $195,955.50 |

EXHIBIT 1 TO MOHRMAN DECLARATION

Minnesota Voters Alliance                                                                                          Page    16

Additional Charges:

| Date | Description | Amount |
|---|---|---:|
| 2/13/2019 | Initial Filling Fee for Summons and Complaint to USDC. | 400.00 |
| 2/14/2019 | Twin City Process Service, LLC, Invoice No. 26711 for Service on the City of Minneapolis and Service on City of Saint Paul on February 14, 2019. | 100.00 |
| 8/5/2019 | Metro Legal Invoice No. 3200041 for Courthouse Service to Judge Wright. | 33.00 |
| 9/30/2019 | Stamps.com Postage Activity from February 13, 2019 to September 30, 2019. | 1.00 |
| 12/12/2019 | Lower Town Parking Fee at Summary Judgment Hearing in Saint Paul, MN. | 9.00 |
| 1/13/2020 | Stamps.com Postage Activity from January 13, 2020 to February 12, 2020. | 0.50 |
| 1/22/2020 | Invoice number 121219 from Lori A. Simpson for a Transcript of the Hearing on December 16, 2019. | 249.66 |

Total additional charges                                                                                      $793.16

For professional services rendered                                                            434.20   $196,748.66

**EXHIBIT 1 TO MOHRMAN DECLARATION**