# Mohrman, Kaardal & Erickson, P.A.

150 South 5th Street
Suite 3100
Minneapolis, MN 55402
612-341-1074

Fed. Tax ID No. 41-1903593

---

May 17, 2020

In Reference To:
Minnesota Voters Alliance, et al v. City of Minneapolis, et al.

Professional Services:

| Date | Description | Hrs/Rate | Init. | Amount |
|---|---|---|---|---|
| 3/10/2020 | Confer with WFM regarding attorney fee motion; | 0.20 230.00/hr | JEG | 46.00 |
| | Review rules on drafting attorney fee motion; | 0.70 230.00/hr | JEG | 161.00 |
| | Confer with JEG re: rules on attorney fee motion; | 0.20 600.00/hr | WFM | 120.00 |
| 3/16/2020 | Prepare motion and research on motion; review and revise motion; legal research regarding the filing; prepare motion for attorney fees; review attorney fees for judicial review and to provide a fair estimate of the fees; serve and file; | 3.10 600.00/hr | WFM | 1,860.00 |
| 3/17/2020 | Review filing of motion; | 0.20 600.00/hr | WFM | 120.00 |
| 3/20/2020 | Confer with the Court regarding scheduling order; | 0.20 600.00/hr | WFM | 120.00 |
| 3/23/2020 | Review briefing Order; | 0.20 600.00/hr | WFM | 120.00 |
| 3/30/2020 | Exchange email regarding stipulation; | 0.30 600.00/hr | WFM | 180.00 |

**EXHIBIT 2 TO MOHRMAN DECLARATION**

Minnesota Voters Alliance                                                                                           Page    2

| Date | Description | Hrs/Rate | Init. | Amount |
|---|---|---|---|---|
| 4/8/2020 | Review of time entries in order to exercise billing judgment; confer with JEG and EGK regarding time entries; | 2.40 600.00/hr | WFM | 1,440.00 |
| | Prepare declaration in support of motion for attorney fees; | 1.90 600.00/hr | WFM | 1,140.00 |
| | Research on current reasonable attorney fee rates in the Minneapolis/St. Paul metropolitan area; | 2.30 600.00/hr | WFM | 1,380.00 |
| 5/9/2020 | Prepare final draft of declaration in support of motion for attorney fees; prepare exhibits for declaration; | 2.40 600.00/hr | WFM | 1,440.00 |
| 5/11/2020 | Final research on reasonable hourly rate; | 0.70 600.00/hr | WFM | 420.00 |
| | Prepare memorandum in support of motion; | 1.10 600.00/hr | WFM | 660.00 |
| | Finalize Declaration in support of motion; | 1.40 600.00/hr | WFM | 840.00 |
| 5/12/2020 | Confer with Mr. Biersdorf regarding his declaration; | 1.10 600.00/hr | WFM | 660.00 |
| | Review of memorandum for attorney fees and non-taxable costs; revisions to memorandum; citation check; review of WM declaration | 1.50 230.00/hr | JEG | 345.00 |
| 5/14/2020 | Review and revise memorandum in support of motion for attorney fees; | 1.10 600.00/hr | WFM | 660.00 |
| 5/17/2020 | Prepare final draft of Memorandum and declaration; | 2.10 600.00/hr | WFM | 1,260.00 |
| | For professional services rendered | 23.10 | | $12,972.00 |

**EXHIBIT 2 TO MOHRMAN DECLARATION**

Additional Charges:

| Date | Description | Amount |
|---|---|---|
| 5/17/2020 | Pacer Charges - research on rates and hours | 39.30 |
| | Total additional charges | $39.30 |
| | For professional services rendered | 23.10  $13,011.30 |

EXHIBIT 2 TO MOHRMAN DECLARATION