| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| HENNEPIN COUNTY | FOURTH JUDICIAL DISTRICT<br>CASE TYPE: CIVIL OTHER |

| | |
|---|---|
| Edain Altamirano Flores; Esperanza Herrera; Lori Nicol; Olutundun Arike Ogundipe; Jason Beck; Patricia Goggin; Norma Juarez; and Bruno Gorostieta, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Spiros Zorbalas; Stephen Frenz; Equity Residential Holdings, LLC; National Housing Fund, LLC; The Apartment Shop, LLC; ERT, LLC; Quarters for Creativity, LTD.; Emerald Square Properties, Inc.; Hennepin Quarters, Inc.; Powderhorn Quarters, Inc.; Hiawatha Quarters, Inc.; 25 &3146 Properties, Inc.; Lahaha Holdings, Inc.; Arts Avenue Properties, Inc.; SS Quarters, Inc.; Berkeley Holdings, Inc.; 1801Properties, Inc.; SZ112, Inc.; S1322, Inc.; R110, Inc.; G121, Inc.; Alpha-Omega Companies, Inc.; JAS Apartments, Inc.; Jennifer Frenz; Mary Brandt; and 2020 Vision Investments, LLC,<br><br>Defendants. | Court File No. 27-CV-16-14225<br>Class Action<br>Judge Mary R. Vasaly<br>Chief Judge Ivy S. Bernhardson<br><br><br>**AFFIDAVIT OF<br>MICHAEL F. COCKSON IN SUPPORT OF CLASS COUNSEL'S MOTION FOR ATTORNEYS' FEE AND COST AWARD PURSUANT TO COURT'S JANUARY 15, 2019 ORDER** |

STATE OF MINNESOTA   )
                                           )ss.
COUNTY OF HENNEPIN )

I, MICHAEL F. COCKSON, declare as follows:

1. I am a partner with the law firm of Faegre Baker Daniels LLP ("FaegreBD"), which represents the above-named Plaintiffs and the certified class in this action. I make this

**EXHIBIT 14 - MOHRMAN DECLARATION**

Affidavit in support of Class Counsel's Motion for Attorneys' Fee and Cost Award pursuant to the Court's January 15, 2019 Order.

2. My firm and I have represented the above-named Plaintiffs in this action (the "*Flores* Class Action"), and on August 11, 2017, were appointed Class Counsel by the Court to represent a certified class of current and former tenants at Defendants' buildings (the "class"). (*See* Dkt. No. 261.)

3. I have been substantially involved in this case and have personal knowledge of the legal services rendered and related costs incurred since December 27, 2018. I worked with four other attorneys at my firm in connection with the issues arising from Defendants' failure to pay the full amount due under the Settlement Agreement in this matter. Legal tasks were generally assigned as follows:

4. I was primarily responsible for overall strategic direction, supervision of the preparation of the briefs that were filed, evaluating methods for potentially securing and collecting the amounts due from Defendants, and preparing for and making legal arguments at the Court hearings related to Defendants' contempt.

5. Partner James Volling was also responsible for strategic direction. Mr. Volling was also our lead negotiator with opposing counsel.

6. Partner James Poradek was co-lead counsel throughout this case. He was involved with strategic planning for the arguments and potential collections, as well as for preparation of the filings in this matter.

7. Counsel Nathaniel Zylstra assisted with legal and factual research and drafting of all submissions, directing our efforts to serve Defendants with the Court's Order to Show Cause,

EXHIBIT 14 - MOHRMAN DECLARATION

and was primarily responsible for matters related to evaluating and addressing how Defendants' conduct potentially affected the Settlement Agreement.

8.  Associate Isaac Hall conducted legal research and was the primary draftsperson for our contempt submissions.

9.  In light of the compressed time frame and numerous overlapping issues raised by Defendants' conduct, all of the attorneys were involved with discussions regarding strategy and ongoing tasks. This was necessary to ensure that we fully and accurately addressed these matters to protect the class's interests.

10. Paralegal Shelley Meyer was responsible for document management and exhibit preparation, and for directing our research into locations for potential service on Defendants and coordinating with process servers. Research librarians Andrea McCullough, Lee Little, Sarah Knight, and Marsha Collins all worked on separate tasks to identify addresses and registered agents for service.

11. Below is a chart identifying the fees incurred as a result of Defendants' failure to pay on December 26, 2018, the settlement amount as agreed in the Settlement Agreement and required by the Court's Preliminary Approval Order. In connection with submission of this motion, we will also provide detailed time records to the Court for *in camera* review and to counsel for Defendants. The fees actually incurred by Class Counsel were greater than those listed below and in our detailed time records. We have excluded all time for matters related to communications with class members (even though such communications largely involved explaining the delays in payment that resulted from Defendants' failure to pay). We have excluded time related to preparation of Class Counsel's own fee and cost submission. And we have excluded any time related to general settlement management issues that would have been

EXHIBIT 14 - MOHRMAN DECLARATION

incurred in any event. Finally, although all of the attorneys listed above attended some or all of the hearings on December 27 and after, the submission includes billable charges for only the two attorneys who made presentations at the contempt hearings – James Volling and Michael Cockson – and excludes the time from the other attorneys who attended and assisted at the hearings.

12. The chart below and our detailed time records include 80.4 hours billed by me. I am a partner in the law firm of Faegre Baker Daniels. I have been licensed to practice law in the State of Minnesota since 1997 and am a member of the State Bar of Minnesota in good standing.

13. The chart below and our detailed time records include 42.1 hours billed by James Volling. Mr. Volling is a partner in the law firm of Faegre Baker Daniels. Mr. Volling has been licensed to practice law in the state of Minnesota since 1979 and is a member of the State Bar of Minnesota in good standing.

14. The chart below and our detailed time records include 30.3 hours billed by James Poradek. Mr. Poradek is a partner in the law firm of Faegre Baker Daniels. Mr. Poradek has been licensed to practice law in the state of Minnesota since 1999 and is a member of the State Bar of Minnesota in good standing.

15. The chart below and our detailed time records include 19.9 hours billed by Nathaniel Zylstra. Mr. Zylstra is a counsel in the law firm of Faegre Baker Daniels. Mr. Zylstra has been licensed to practice law in the state of Minnesota since 2001 and is a member of the State Bar of Minnesota in good standing.

16. The chart below and our detailed time records include 40.3 hours billed by Isaac Hall. Mr. Hall is an associate in the law firm of Faegre Baker Daniels. Mr. Hall has been licensed

EXHIBIT 14 - MOHRMAN DECLARATION

to practice law in the state of Minnesota since 2013 and is a member of the State Bar of Minnesota in good standing.

17.   The regularly hourly billing rates, the total hours worked, and the total value, of the time keepers who worked on the matters discussed in this affidavit are as follows:

| Timekeeper | Hourly Rate | Hours | Value |
|---|---|---|---|
| James Volling | $ 890 (2018)<br><br>$ 935 (2019) | 42.1 | $38,972.00 |
| James Poradek | $ 750 (2018)<br><br>$ 795 (2019) | 30.3 | $23,566.50 |
| Michael Cockson | $ 720 (2018)<br><br>$ 760 (2019) | 80.4 | $60,484.00 |
| Nathaniel Zylstra | $ 540 (2018)<br><br>$ 570 (2019) | 19.9 | $11,007.00 |
| Isaac Hall | $ 435 (2018)<br><br>$ 460 (2019) | 40.3 | $17,945.50 |
| Shelly Meyer | $ 345 (2018)<br><br>$ 350 (2019) | 22.0 | $7,666.50 |
| Research Librarians | $ 300 (2018)<br><br>$ 315 (2019) | 3.5 | $1,062.00 |
| **TOTAL** | | **238.5** | **$160,703.50** |

18.   Faegre Baker Daniels considers these billing rates to be reasonable, given due consideration to the attorneys' ability, training, education, experience, skill and professional

EXHIBIT 14 - MOHRMAN DECLARATION

standing, the intricacy and difficulty of the work performed, the time and skill required, the responsibility imposed, and the result obtained. These are the standard hourly rates for the professionals' respective services. We understand these rates to be comparable to the hourly rates prevailing in the community for similar work performed by law firms such as Faegre Baker Daniels.

19. The hours described above, and the detailed time records submitted separately herewith were prepared from contemporaneous time records regularly prepared and maintained by my firm.

20. The total amount of the fee investment by my firm that arose from Defendants' actions in failing to pay the amounts due under the Settlement Agreement and the Court's Preliminary Approval Order is $160,703.50.

21. In addition to these fees, my firm incurred costs and expenses as a result of Defendants' misconduct. My firm separately records expenses incurred on a matter, and those expenses are reflected in the books and records of my firm. These books and records are prepared from expense vouchers, receipts, check records, and other source materials, and accurately reflect the expenses incurred.

22. The actual costs and expenses incurred are detailed on Exhibit A. Invoices from third-party vendors will be submitted to the Court for its *in camera* review and to counsel for Defendants. These are the actual costs incurred by our firm. They include electronic research costs for legal research, public records search costs to identify addresses for service, internal copying and printing, postage costs to serve Defendants and/or their counsel by mail during the period that they were not represented by attorneys registered on the E-Filing System, costs for

EXHIBIT 14 - MOHRMAN DECLARATION

retrieval of court files for cases cited by Defendants to justify their failure to make the settlement payment, and costs for process servers. The total costs and expenses incurred were $5,131.03.

23.  The services described above and in the separate submissions delivered to the Court, and the costs set forth in Exhibit A to this Affidavit were actually, reasonably, and necessarily incurred in this matter.  These fees and costs were necessary for the proper representation of the class. Charges for any unnecessary or duplicative work have been eliminated.

I declare under penalty of perjury that everything I have stated in this document is true and correct to the best of my knowledge and belief.

Dated:  February 18, 2019

>*/s/Michael F. Cockson*
> Michael F. Cockson

EXHIBIT 14 - MOHRMAN DECLARATION

# EXHIBIT A

## EXPENSE REPORT

| Date Incurred/Billed | Value | Description |
|---|---|---|
| 12/27/2018 | 310.00 | Westlaw (Online Legal Research) |
| 12/27/2018 | 17.77 | Accurint |
| 12/27/2018 | 10.00 | Lexis Research |
| 12/27/2018 | 10.00 | TransUnion |
| 12/27/2018 | 10.00 | TransUnion |
| 12/27/2018 | 10.00 | TransUnion |
| 12/27/2018 | 5.00 | TransUnion |
| 12/27/2018 | 5.00 | TransUnion |
| 12/27/2018 | 5.00 | TransUnion |
| 12/27/2018 | 4.74 | Accurint |
| 12/31/2018 | 79.20 | Internal Copying/Printing |
| 12/31/2018 | 67.50 | Internal Copying/Printing |
| 12/31/2018 | 58.05 | Internal Copying/Printing |
| 12/31/2018 | 45.00 | Internal Copying/Printing |
| 12/31/2018 | 32.10 | Internal Copying/Printing |
| 12/31/2018 | 14.85 | Internal Copying/Printing |
| 01/02/2019 | 180.00 | Westlaw (Online Legal Research) |
| 01/02/2019 | 90.00 | Westlaw (Online Legal Research) |
| 01/02/2019 | 181.25 | Postage |
| 01/03/2019 | 20.00 | TransUnion |
| 01/03/2019 | 10.00 | Lexis Research |
| 01/03/2019 | 5.00 | TransUnion |
| 01/04/2019 | 11.75 | Postage |
| 01/07/2019 | 24.00 | Hennepin County Records Research |
| 01/08/2019 | 53.00 | Hennepin County Records Research |
| 01/08/2019 | 181.25 | Postage - 25 Large Envelopes |
| 01/09/2019 | 91.50 | Hennepin County Records Research |
| 01/15/2019 | 720.00 | Metro Legal (Service) |
| 01/15/2019 | 2,535.00 | Metro Legal (Service) |
| 01/25/2019 | 152.87 | Courier Service - EXCEL LEGAL COURIER LTD. - 12/27 - From Henn County; - Retrieval of Court Records Minneapolis |
| 01/28/2019 | 62.40 | Internal Copying/Printing |
| 01/29/2019 | 43.80 | Internal Copying/Printing |
| 02/08/2019 | 10.00 | Westlaw (Online Legal Research) |

EXHIBIT 14 - MOHRMAN DECLARATION

| 02/18/2019 | 75.00 | Filing Fees - Notice of Motion and Motion (Hennepin County Court) |
| **TOTAL** | **$5,131.03** | |

# EXHIBIT 14 - MOHRMAN DECLARATION