# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-1229

281 Care Committee, et al.

Appellants

v.

Ross Arneson, in his official capacity as County Attorney for Blue Earth County, Minnesota, or his successor, et al.

Appellees

---

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:08-cv-05215-ADM)

---

**ORDER**

The motion of Appellee County Attorneys' for an extension of time to file objections to Appellants' motion for attorney's fees is granted. Appellants shall recover from the Appellees the sum of $185,000.00 (One hundred eighty-five thousand dollars) as attorney's fees on appeal. The Appellants' motion for bill of costs is also granted. Appellants shall recover from the Appellees the sum of $589.31 (Five hundred eighty-nine dollars and thirty-one cents) as taxable costs on appeal.

October 15, 2014

Order Entered at the Direction of the Court:

Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/Michael E. Gans

EXHIBIT 15 - MOHRMAN DECLARATION