**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| Minnesota Voters Alliance, G & J Real Estate, Well Maintained Apartments, Garfield Court Partnership, LLP; Marissa Skaja, and Charles Halverson,<br><br>Plaintiffs,<br><br>vs.<br><br>The City of Saint Paul, Minnesota, a Minnesota municipality, and the City of Minneapolis, a Minnesota municipality,<br><br>Defendants. | Case No.: 19-CV-358 WMW-HB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS MOTION FOR ATTORNEY FEES AND EXPENSES** |

Plaintiffs Minnesota Voters Alliance, G & J Real Estate, Well Maintained Apartments, Garfield Court Partnership, LLP; Marissa Skaja, and Charles Halverson moved for an Order awarding attorney fees and nontaxable costs under Local Rule 54.03, Federal Rules of Civil Procedure 54, and 42 U.S.C. §§1983 and 1988. The total amount that Plaintiffs are seeking in this motion is $209,756.96 in fees and costs. The Plaintiffs were prevailing parties having succeeded in obtaining declaratory and injunctive relief against the City of Saint Paul and the City of Minneapolis. This Court found the Cities' respective City Code provisions, § St. Paul Code (Minn.) § 48.02(a) and Minneapolis Code (Minn.) § 244.2000(f), unconstitutional because they violated the Plaintiffs' right to free speech under the First Amendment.

The Plaintiffs attorney fee and expense request for $196,748.66 is found to be reasonable and therefore, the motion is GRANTED.

1

2

The Plaintiffs request for post-judgment interest on the award of attorney fees is GRANTED.

The Plaintiffs request for attorney fees and expenses in preparing their motion for attorney fees and expenses in the amount of $13,011.30 is GRANTED.

Dated:

_____
Wilhelmina M. Wright
United States District Court Judge